IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMAAL ALI BILAL
 f/k/a John L. Burton,
    Petitioner,

v.                                  No.   3:06cv326/LAC/MD

LUCY HADI, Secretary,
 Florida Department of Children
 and Families,
    Respondent.
_____

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 25, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This action is DISMISSED WITHOUT PREJUDICE and the clerk is directed to close the file.

DONE AND ORDERED this 6th day of September, 2006.

                                  *s/L.A. Collier*
                                  **LACEY A. COLLIER**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**